429 A.2d 744

Commonwealth v. Huffine, Jr., Appellant.

Submitted March 6, 1980. Paul W. Brann, for appellant; Graham C. Showalter, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Affirmed.

429 A.2d 744

Commonwealth v. Johnson, Appellant.

Submitted November 16, 1979. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

The judgment of sentence is affirmed.